1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
   Attorneys for Defendant
6

7
           IN THE UNITED STATES DISTRICT COURT FOR THE
8
                  EASTERN DISTRICT OF CALIFORNIA
9

10 BEVERLY J. ELLIOTT,         )   1:05-cv-0753 LJO
                               )
11             Plaintiff,      )   STIPULATION AND
                               )   ORDER TO EXTEND
12        v.                   )    TIME
                               )
13 JO ANNE B. BARNHART,        )
   Commissioner of Social      )
14 Security,                   )
                               )
15             Defendant.      )
   _____
16

17      The parties, through their respective counsel,

18 stipulate that the time for filing defendant's opposition

19 to plaintiff's opening brief be extended from January 9,

20 2006 to February 8, 2006.

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1  This is defendant's first request for an extension of
2 time to file defendant's response to plaintiff's opening
3 brief.  Defendant requests the additional time to further
4 review the file and prepare a response in this case.

Respectfully submitted,

Dated: January 4, 2005     /s/ Henry Reynolds
                           (As authorized via facsimile)
                           HENRY REYNOLDS
                           Attorney for Plaintiff


Dated: January 5, 2005     McGREGOR W. SCOTT
                           United States Attorney


                           /s/ Kristi C. Kapetan
                           KRISTI C. KAPETAN
                           Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   January 9, 2006**         **/s/ Lawrence J. O'Neill**
b9ed48                        UNITED STATES MAGISTRATE JUDGE